FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 5 2020

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Derek Nicholas Padilla
*Defendant*

Case No. 20-MJ-1130 LF

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Derek Nicholas Padilla__, Defendant, understand that I am scheduled for a __Initial Appearance__ hearing on __06/05/2020__.
*nature of hearing*          *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 06/05/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Angelica Hall, AFPD
*Printed name of defendant's attorney*

Angelica_Hall@fd.org
*Defendant's attorney's e-mail address*