AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Derek Nicholas Padilla | ) | Case No. 20 MJ 1130 LF |
| | ) | |
| *Defendant* | ) | |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 1 0 2020

MITCHELL R. ELFERS
CLERK

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with theft of government property, 18 U.S.C. Section 641, in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/10/20

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Stephen Taylor
*Printed name and bar number of defendant's attorney*

111 Lomas Blvd. NW #501
Albuquerque, NM  87102
*Address of defendant's attorney*

stephen_taylor@fd.org
*E-mail address of defendant's attorney*

505-346-2489
*Telephone number of defendant's attorney*

505-346-2494
*FAX number of defendant's attorney*